# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SHELLEY SONIAT, | § |
| | § |
| | § Civil Action No. 4:17-CV-00166 |
| v. | § (Judge Mazzant/Judge Johnson) |
| | § |
| TEXAS REAL ESTATE COMMISSION, | § |
| ET AL., | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 15, 2017, the report of the Magistrate Judge (Dkt. #30) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Shelley Soniat's Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Dkt. #29) be denied.

Plaintiff timely filed objections on June 27, 2017 (Dkt. #31). In her objections, Plaintiff relays similar issues of gender bias that were previously raised in her former appeal. Plaintiff has not identified any non-frivolous issues for appeal in her objections; thus, her motion to appeal *in forma pauperis* should be denied.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge (Dkt. #30) as the findings and conclusions of this Court. It is, therefore, **ORDERED** that Plaintiff's motion (Dkt. #29) is **DENIED**.

**It is SO ORDERED**.
SIGNED this 30th day of June, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE